**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JIM GILES                                                                     PLAINTIFF

V.                                          CIVIL ACTION NO. 3:06CV572HTW-LRA

HALEY BARBOUR, Governor of Mississippi;
JIM HOOD, Attorney General for the State of Mississippi and
ERIC CLARK, Secretary of State of Mississippi,
members of the Mississippi State Board of Election Commissioners;
CAROL SWILLEY, Circuit Clerk and Registrar
for Rankin County, Mississippi                          DEFENDANTS

## ORDER

Before the court are the motions of the parties which include the motions of the plaintiff for injunctive relief [**Docket Nos. 1 & 5**], the motions of the defendants to strike expert testimony [**Docket Nos. 7 & 21**], and the motions of the defendants to quash subpoenas [**Docket Nos. 8 & 9**].  This court has determined that there is ample time to address the issues in this case and no pressing matter which would require that this court issue an injunction.  Therefore, the motions for injunctive relief are terminated without prejudice to any issues on the merits to be address later.  The motions to strike expert testimony are granted at this time.  The defendants have withdrawn their motions to quash subpoenas, so, these motions are terminated as moot.

Finally, this court hereby permits the plaintiff to file his second and third amended complaints.

**SO ORDERED** this the 12th day of March, 2008.

                                       **s/ HENRY T. WINGATE**

                              _____
                              **CHIEF UNITED STATES DISTRICT JUDGE**