UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



JIM GILES                                                   PLAINTIFF(S)

VS.                                          CIVIL ACTION NO. 3:06CV572WA

STATE BOARD OF ELECTION COMMISSIONERS,      DEFENDANT(S)
et al.

## PLAINTIFF'S EXHIBIT LIST

| NUMBER | DESCRIPTION | Sponsor | I.D. | EVID. |
|---|---|---|---|---|
| P-1 | Declaration of Dr. Jon Krosnick | | | 5/10/07 |
| P-2 | Analysis Report by Joanne Miller and Jon Krosnick | | | 5/10/07 |
| P-3 | "An Unrecognized Need for Ballot Reform" written by Jon Krosnick, Joanne Miller, and Michael Tichy | | | 5/10/07 |